PACTS # 000133209

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:24-CR-20283-0001

DOCKET NUMBER *(Rec. Court)*
2:26-cr-00225-GMN-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Robert Ryan Justin Bibbs | Eastern District of Michigan | Detroit | |
| | NAME OF SENTENCING JUDGE | | |
| | Jonathan J.C. Grey, United States District Judge | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | | 05/15/2026 | 05/14/2028 |

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
OCT 08 2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

OFFENSE
Count 1: 18 § 201(b)(1), Offering Bribes to a Public Official

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Transfer of Jurisdiction will provide economic and administrative advantages. It would also aid in protecting public safety by helping ensure violations or non-compliant behaviors are addressed in a timely fashion and with the most efficiency.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/30/2026
*Date*

Jonathan J C Grey
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 3, 2026
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Robert Ryan Justin Bibbs**

**Case No.: TO BE ASSIGNED**

**REQUESTING ACCEPTANCE OF JURISDICTION**

October 7, 2026

TO: United States District Judge

On January 14, 2025, Bibbs was sentenced in the Eastern District of Michigan by the Honorable Jonathan J.C. Grey to 18 months custody followed by 2 years supervised release for committing the offense of Officering Bribes to a Public Official. Bibbs is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Jonathan J.C. Grey, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2026.10.08 14:32:02 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2026.10.08 14:19:24 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer